IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00781-WYD-MEH

AURORA COMMERCIAL CORP.,

    Plaintiff,

v.

SUN WEST MORTGAGE COMPANY, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 19, 2013.**

    The Joint Motion and Stipulation for Entry of Protective Order for Confidential Disclosure of Discovery Materials [filed July 17, 2013; docket #17] is **granted**.  The proposed Protective Order is accepted, issued, and entered contemporaneously with this minute order.