IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00781-WYD-MEH

AURORA COMMERCIAL CORP.,

    Plaintiff,

v.

SUN WEST MORTGAGE COMPANY, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 1, 2013.**

    The Second Joint Motion to Modify Scheduling Order to Extend Discovery Deadlines [filed October 31, 2013; docket #25] is **granted**. For good cause shown, the Scheduling Order shall be modified as follows:

| | |
|---|---|
| Discovery cutoff: | January 31, 2014 |
| Dispositive motions deadline: | February 28, 2014 |

    All other aspects of the Court's June 11, 2013 order and September 30, 2013 order remain in effect.