IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00781-WYD-MEH

AURORA COMMERCIAL CORP.,

  Plaintiff,

v.

SUN WEST MORTGAGE COMPANY, INC.,

  Defendant.

## ORDER OF DISMISSAL

This COURT, having reviewed the Stipulation for Dismissal With Prejudice filed in this action by both parties and being fully advised in the premises,

ORDERS that the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii) have been satisfied and this action is **DISMISSED WITH PREJUDICE**, each of the parties to bear their own fees and costs incurred in this action.

Dated:  June 5, 2014.

  BY THE COURT:

  /s/ Wiley Y. Daniel
  WILEY Y. DANIEL,
  SENIOR UNITED STATES DISTRICT JUDGE